Dismissed and Memorandum Opinion filed July 6, 2006








Dismissed
and Memorandum Opinion filed July 6, 2006.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00400-CV

____________

 

208 TRAVIS INVESTORS, LLC,
Appellant

 

V.

 

AWRY CORPORATION dba MACARIAS
RESTAURANT and JOHN ROE, Appellees

 



 

On Appeal from the County Civil
Court at
Law No. 1

Harris County, Texas

Trial Court Cause No. 824,668

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed February 10, 2006.  On June 27, 2006,
appellant filed a motion to dismiss the appeal because the case has been
settled.  See Tex. R. App. P.
42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed July 6,
2006.

Panel consists of Chief Justice Hedges and Justices Yates and Guzman.